AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
December 19, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CL_____
DEPUTY

United States of America
v.
Jose Guadalupe MARTINEZ-Ortiz
02/05/1994

Case No. **DR:22-3046M-01**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **12/16/2022** in the county of **Maverick** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 554 | Smuggling of Goods from the United States |

This criminal complaint is based on these facts:

On December 16, 2022, Customs and Border Protection Officers (CBPO) conducting outbound operations at the Eagle Pass Camino Real International Port of Entry Bridge # 2, encountered United States Citizen Jose Guadalupe MARTINEZ-Ortiz as the driver of a black Dodge Pickup pulling a utility trailer. MARTINEZ-Ortiz gave a negative declaration for having any weapons, ammunition, currency, or any other contraband or prohibited items. During a search of the vehicle and trailer driven by MARTINEZ-Ortiz, CBPOs found three (3) handguns, 4-gun magazines, 1074 assorted rounds of ammunition and three (3) gun scopes hidden within several appliances and boxes MARTINEZ-Ortiz was transporting to Mexico from the United States.

Homeland Security Investigations (HSI) Eagle Pass Special Agents (SA) responded and conducted a post-Miranda interview of MARTINEZ-Ortiz. Upon interview, MARTINEZ-Ortiz admitted he knew he was smuggling the three handguns and ammunition to Mexico. MARTINEZ-Ortiz admitted he was to be paid $3000 for smuggling the handguns to Mexico. MARTINEZ also admitted he had assisted co-conspirators package and conceal some of the ammunition he was transporting. The facts of the case were relayed to an Assistant United States Attorney (AUSA) who accepted prosecution of MARTINEZ-Ortiz for violation of Title 18 USC 554, Smuggling of Goods from the United States.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Ariel Morales HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/19/2022

_____
*Judge's signature*

City and state: Del Rio, Texas

United States Magistrate Judge Victor Garcia
*Printed name and title*